CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 8 2012

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LYNN H. BRUSHWOOD, | Civil Action No. 7:10-cv-00565 |
| Plaintiff, | |
| | **FINAL ORDER** |
| v. | |
| WACHOVIA BANK, N.A., *et al.* | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**. All other pending motions are **DENIED** and this case is **STRICKEN** from the active docket of the court.

Enter: February 28, 2012.

_____
UNITED STATES DISTRICT JUDGE